1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00288 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE, SET TRIAL AND MOTIONS SCHEDULE AND ORDER THEREON** |
| v. | |
| OLEGARIO TRUJILLO, ET. AL. | Date: August 29, 2016 |
| Defendant. | Time: 1:00 p.m.<br>Honorable Sheila K. Barbara A. McAuliffe |

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to set the trial in case for August 15, 2017 at 8:30 a.m. It is further agreed that any motions shall be filed on the following schedule:

(1) **Non-substantive Discovery Motions before the Honorable Sheila K. Oberto**:

   Filed by 10/11/16, Government response by 10/24/16, Reply by 10/31/16

   Hearing: 11/07/16 at 1:00 p.m.

(2) **Substantive Motions before the Honorable Lawrence J. O'Neill**:

   Filed by 01/30/17, Government response by 02/13/17, Reply by 02/20/17

   Hearing: 02/27/17 at 8:30 a.m.

(3) **In Limine Motions before the Honorable Lawrence J. O'Neill**:

   Filed by 06/26/17, Response by 07/10/17, Reply by 07/24/17

Hearing and Trial Confirmation: 07/31/17 at 8:30 a.m.

The parties further request that time be excluded between August 29, 2016 through August 15, 2017 for the following reasons: (1) the government has provided discovery in the case that includes over 3000 pages or investigative reports, wiretaps, search warrant affidavits, photographs, several hundred telephone recordings, and surveillance and audio recording; (2) new counsel for Francisco Torres has just substituted into the case and needs time to review the discovery; (3) defense counsel require the time to consult with his/her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial; (4) the requested trial date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation.

The parties further believe that time should be excluded until August 15, 2017, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: August 23, 2016                          PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ *Kathleen A. Servatius*
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney

Dated: August 23, 2016                          /s/ *Evans D. Prieston*
                                                Attorney for Defendant Olegario Trujillo

Dated: August 23, 2016                          /s/ *Mark A. Broughton*
                                                Attorney for Francisco Torres

Dated:  August 23, 2016                    /s/ *Nicholas F. Reyes*
                                           Attorney for Defendant Carlos Tafoya-Ramos

Dated:  August 23, 2016                    /s/ *Harry M. Drandell*
                                           Attorney for Defendant Caesar Gomez

Dated:  August 23, 2016                    /s/ *Victor Chavez*
                                           Attorney for Defendant Gary Lee Passmore

Dated:  August 23, 2016                    /s/ *Mark W. Coleman*
                                           Attorney for Defendant Marcos Diaz

Dated:  August 23, 2016                    /s/ *Steven Leon Crawford*
                                           Attorney for Defendant Gladys Adrianna Ramos

Dated:  August 23, 2016                    /s/ *Roger Dale Wilson*
                                           Attorney for Defendant Ramiro Salas Munoz

Dated:  August 23, 2016                    /s/ *Kevin Gerard Little*
                                           Attorney for Defendant Jorge Martinez

Dated:  August 23, 2016                    /s/ *Malaquias Ricardo Alvarez*
                                           Attorney for Defendant Arthur Allen Walker

Dated:  August 23, 2016                    /s/ *Galatea DeLapp*
                                           Attorney for Jose Arreola-Serrato

## **ORDER**

　　　IT ORDERED that the above described schedule be adopted by the Court.  The status conference currently set for August 29, 2016 is hereby vacated in light of this schedule.

　　　IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

commence, the time period of August 29, 2016 through August 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 26, 2016**          **/s/ Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE