1  McGREGOR W. SCOTT
United States Attorney
2  KATHLEEN A. SERVATIUS
Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                        1:15-CR-00288-DAD

12 |                        Plaintiff,               STIPULATION FOR GOVERNMENT'S
                                                    RESPONSE TO DEFENDANT'S MOTION FOR
13 |              v.                                 COMPASSIONATE RELEASE

14 | OLEGARIO TRUJILLO,

15 |                        Defendant.

16
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

STIPULATION FOR EXTENSION OF TIME AND ORDER
THEREON

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Olegario Trujillo, by and through his attorney, Evans Prieston, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before January 8, 2021.  The defendant's reply shall be due on or before January 22, 2021.

Dated:  December 2, 2020                                    Respectfully,

McGREGOR W. SCOTT
United States Attorney

/s/   KATHLEEN A. SERVATIUS
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  December 2, 2020                                    /s/ *Evans Prieston*
Harry Drandell, Attorney for Oelgario Trujillo

**ORDER**

IT IS SO ORDERED.

Dated:   **December 3, 2020**                               Dale A. Drozd
UNITED STATES DISTRICT JUDGE

Stipulation For Extension Of Time And Order Thereon