# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLEGARIO TRUJILLO,<br><br>Defendant. | CASE NO. 1:15-cr-00288-AWI-SKO<br><br>**ORDER ON DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Doc. No. 581) |

On June 25, 2021, Defendant Olegario Trujillo moved for appointment of counsel under 18 U.S.C. § 3006A for the specific purpose of submitting a reply in support of his motion for compassionate release under 18 U.S.C. § 3582(c). Doc. No. 581. The Court denied Defendant's compassionate release motion on February 5, 2021, finding that he had not carried his burden under § 3582(c) to show that "extraordinary and compelling reasons" warranted a reduction of his term of imprisonment. Doc. No. 561. The Court also noted that even if Defendant had satisfied that requirement, he had not shown that his release was supported by applicable factors under 18 U.S.C. § 3553(a), as required by the language of § 3582(c)(1)(A). Doc. No. 561 at 5.

In his request for counsel, Defendant faults his former attorney for failing to reply to the government's opposition to his compassionate release motion. Doc. No. 581 at 2. The Court acknowledges that the briefing schedule entered for purposes of Defendant's compassionate release motion stated that a reply was to be submitted by January 22, 2021, and that this deadline was not met and a reply was never submitted. Doc. No. 538. Yet, in his request for new counsel, Defendant has not presented any evidence or argument that would have been offered in a reply, much less evidence or argument that would have changed this Court's decision on his

compassionate release motion. Given this, the Court finds no basis to reconsider its decision, or to appoint counsel for that specific purpose.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for appointment of counsel (Doc. No. 581) is DENIED.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
SENIOR DISTRICT JUDGE