```
PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00288-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE AND/OR REDUCE SENTENCE; ORDER |
| v. | |
| OLEGARIO TRUJILLO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on January 9, 2024. Docket No. 618. Counsel for defendant filed a supplement to the pro se motion on May 10, 2024. Docket No. 625. The government's response is due on June 10, 2024.

2. Counsel for the government requests additional time to review relevant records that were just received and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before June 24, 2024;

b) The defendant's reply to the government's response to be filed on or before August 5, 2024.

IT IS SO STIPULATED.

Dated: June 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: June 10, 2024

/s/ CAROLYN WIGGIN
CAROLYN WIGGIN
Counsel for Defendant
OLEGARIO TRUJILLO

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket Nos. 618 and 625, is due on or before June 24, 2024;

b) The defendant's reply to the government's response, if any, is due on or before August 5, 2024.

IT IS SO ORDERED.

Dated: **June 11, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE